IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| DEXTER FITZPATRICK, | : | |
| Plaintiff | : | |
| VS. | : | |
| HILTON HALL, *et al.*, | : | NO. 5:08-CV-308 (HL) |
| Defendants | : | **O R D E R** |

On December 2, 2008, Magistrate Judge Claude W. Hicks, Jr. entered a Show Cause Order requiring plaintiff **DEXTER FITZPATRICK** to show cause why the instant case should not be dismissed for failure to comply with Magistrate Judge Hicks's previous order requiring plaintiff to pay an initial partial filing fee of $14.33. Plaintiff has failed to respond to the Show Cause Order.

Plaintiff was expressly warned that if he failed to pay the initial partial filing fee, his case would be dismissed. No fee has been received to date. Plaintiff has apparently elected not to pursue his allegations further.

The requirements of ***Wilson v. Sargent***, 113 F.3d 1314 (11th Cir. 2002), having therefore been satisfied, this case is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 18th day of DECEMBER, 2008.


HUGH LAWSON
UNITED STATES DISTRICT JUDGE

cr