IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

DEXTER FITZPATRICK,

      Plaintiff

v.                                    CASE NO. 5:08-CV-308 (HL)

JAMES DONALD, et al,

      Defendants

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 35) filed February 25, 2010 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation were filed within the time allowed.

**SO ORDERED,** this the 25th day of March, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, Senior Judge**
**United States District Court**